IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WILLIAM SHIPLEY,

    Petitioner,                    No. CIV S-07-2611 WBS KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 14, 2008, the court recommended that this action be dismissed for petitioner's failure to exhaust state court remedies with respect to his claims prior to filing suit. On April 30, 2008, petitioner filed objections to the findings and recommendations in which petitioner presents information suggesting that he has exhausted state court remedies. Good cause appearing, the court will vacate the April 14, 2008 findings and recommendations and order respondents to file an answer.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed April 14, 2008 are vacated.

        2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An

1

1  answer shall be accompanied by all transcripts and other documents relevant to the issues
2  presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases.
3              3.  If the response to the habeas petition is an answer, petitioner's reply, if any,
4  shall be filed and served within thirty days after service of the answer.
5              4.  If the response to the habeas petition is a motion, petitioner's opposition or
6  statement of non-opposition to the motion shall be filed and served within thirty days after
7  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8  thereafter.
9              5.  The Clerk of the Court shall serve a copy of this order together with a copy of
10 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
11 Senior Assistant Attorney General.
12 DATED:  May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

1
ship2611.100