IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN WILLIAM SHIPLEY,** | CIV S-07-2611 WBS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have until August 14, 2008, to file a response to Petitioner's application for writ of habeas corpus.

Dated: July 18, 2008.

_____
U.S. MAGISTRATE JUDGE

Order