IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WILLIAM SHIPLEY,

    Petitioner,                    No. CIV-07-2611 WBS KJM P

   vs.

STATE OF CALIFORNIA, et al.,

    Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus. Petitioner has requested that the court stay this action so that he may exhaust state court remedies with respect to some of his claims. Respondents do not oppose petitioner's request.

/////
/////
/////
/////
/////
/////
/////

1

Good caused appearing, IT IS HEREBY RECOMMENDED that:

1. Petitioner's request for a stay (#13) be granted;

2. This action be stayed;

3. Petitioner be directed to inform the court within ten days of exhausting state court remedies with respect to his claims; and

4. The Clerk of the Court be directed to administratively close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  August 7, 2008.

_____
U.S. MAGISTRATE JUDGE

1
ship2611.sty

2