IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WILLIAM SHIPLEY,

    Petitioner,                                                     No. CIV S-07-2611 WBS KJM P

    vs.

STATE OF CALIFORNIA, et al.

    Respondents.

    /    ORDER

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court issued findings and recommendations on August 8, 2008, recommending a stay of this action to allow petitioner to exhaust his state remedies. (See Docket no. 21.) On September 8, 2008, petitioner notified the court that his state remedies had been exhausted. (See Docket no. 23.) Petitioner has since moved that he be allowed to file an amended petition. (See Docket no. 24.) The respondent has notified the court that it does not oppose the motion to amend, and also has noted that the respondent is properly denominated as Kathleen Prosper, Warden of the California Correctional Center at Susanville. (See Docket no. 25.) The court concludes, therefore, that the motion to stay is now moot and that the findings and recommendations of August 8, 2008, should be vacated. The court further finds

1

1 | that the motion to amend the petition should be granted, with Warden Prosper substituted in as
2 | the respondent.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on August 8, 2008 (docket no. 21) are vacated.

2. The motions to stay (docket nos. 13 and15) are dismissed as moot.

3. The motion to amend the petition (docket no. 24) is granted. The Clerk of the Court is ordered to file petitioner's amended petition (attachment 1 to docket no. 24) in this case.

4. Warden Kathleen Prosper is substituted as the respondent.

5. Respondent shall have sixty days from the entry of this order in which to file a responsive pleading to the amended petition.

DATED: March 25, 2009.

_____
U.S. MAGISTRATE JUDGE