IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM SHIPLEY,<br>       Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br>       Respondent. | CASE NO.   2:07-cv-02611 BJR<br><br>ORDER TO SHOW CAUSE |

      This matter comes before the court *sua sponte*. The court hereby orders Petitioner to show cause why this matter should not be dismissed because Petitioner is no longer in the custody of the State of California. Petitioner must file a response within forty-five days of the date of this order. Failure to do so may result in dismissal of this action.

      DATED this 10th day of June, 2010.

                                              /s/ Barbara Jacobs Rothstein

                                              Barbara Jacobs Rothstein
                                              U.S. District Court Judge